1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID JUNIOR SMITH,

Plaintiff,

v.

STEPHANIE CLENDENIN, et al.,

Defendants.

1:24-cv-00791-SKO

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

(Doc. 2)

Plaintiff David Junior Smith is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 2.) These documents reveal that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:  __July 10, 2024__                              ___/s/ *Sheila K. Oberto*___
                                                                    UNITED STATES MAGISTRATE JUDGE

1