UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JUNIOR SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-00791-JLT-SKO<br><br>**ORDER FINDING SERVICE APPROPRIATE**<br><br>**30-DAY DEADLINE** |

Plaintiff David Junior Smith, a civil detainee, is appearing pro se and *in forma pauperis* in this civil rights action.

Following screening of the complaint, this action proceeds on Plaintiff's Fourteenth Amendment due process claims against Defendants Clendenin and Price. (*See* Doc. 11.)

Accordingly, the Court **ORDERS**:

1. This case proceeds against Defendants Clendenin and Price for federal constitutional violations, pursuant to 42 U.S.C. § 1983.
2. Service is appropriate for the following defendants:
    a. **Stephanie Clendenin**
    b. **Brandon Price**
3. The Clerk of the Court shall send Plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the

endorsed complaint (Doc. 1).

4. **Within 30 days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents form and submit it to the Court with the following documents:

   a. a completed summons for each defendant named above;

   b. a completed USM-285 form for each defendant named above; and,

   c. three copies of the endorsed complaint (Doc. 1).

5. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-named documents, the Court will direct the United States Marshal to serve the documents pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Plaintiff is informed that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for a failure to obey court orders**.

IT IS SO ORDERED.

Dated:  **May 6, 2025**                         /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

2