1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID JUNIOR SMITH,                    Case No.: 1:24-cv-00791-JLT-SKO

12                 Plaintiff,               **ORDER REFERRING CASE TO POST-
                                            SCREENING ADR AND STAYING CASE
13          v.                              FOR 120 DAYS**

14   STEPHANIE CLENDENIN, et al.,           **FORTY-FIVE (45) DAY DEADLINE**

15                 Defendants.

16

17         Plaintiff David Junior Smith, a civil detainee, is appearing pro se and *in forma pauperis* in

18   this civil rights action. The action proceeds on Plaintiff's Fourteenth Amendment access to

19   mental health treatment claims against Defendants Clendenin and Price.

20         The Court refers all civil rights cases filed by pro se inmates or detainees to Alternative

21   Dispute Resolution ("ADR") to attempt to resolve such cases more expeditiously and less

22   expensively.

23         The Court stays this action for 120 days to allow the parties to investigate Plaintiff's

24   claims, meet and confer, and participate in an early settlement conference. The Court presumes

25   that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement

26   conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either

27   party finds that a settlement conference would be a waste of resources, the party may opt out of

28   the early settlement conference.

1

2    Accordingly, it is hereby **ORDERED**:

3    1. This action is **STAYED** for **120 days** to allow the parties an opportunity to settle their

4    dispute before the discovery process begins. No pleadings or motions may be filed in

5    this case during the stay. The parties shall not engage in formal discovery, but they

6    may engage in informal discovery to prepare for the settlement conference.

7    2. **Within 45 days** from the date of this Order, the parties **SHALL** file the attached

8    notice, indicating their agreement to proceed to an early settlement conference or their

9    belief that settlement is not achievable at this time.

10   3. **Within 60 days** from the date of this Order, defense counsel **SHALL** contact the

11   undersigned's Courtroom Deputy Clerk at wkusamura@caed.uscourts.gov to schedule

12   the settlement conference, assuming the parties agree to participate in an early

13   settlement conference.

14   4. If the parties reach a settlement during the stay of this action, they SHALL file a

15   Notice of Settlement as required by Local Rule 160.

16   5. The Clerk of the Court SHALL serve a copy of this Order to ADR Coordinator Sujean

17   Park.

18   6. The parties are obligated to keep the Court informed of their current addresses during

19   the stay and the pendency of this action. Changes of address must be reported

20   promptly in a Notice of Change of Address. *See* L.R. 182(f).

21

22

23   IT IS SO ORDERED.

24   Dated:  __July 23, 2025__              ____/s/ *Sheila K. Oberto*____

25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13                          UNITED STATES DISTRICT COURT

14                          EASTERN DISTRICT OF CALIFORNIA

15

16   DAVID JUNIOR SMITH,                    Case No.: 1:24-cv-00791-JLT-SKO

17                 Plaintiff,               NOTICE REGARDING EARLY
                                            SETTLEMENT CONFERENCE
18          v.

19   STEPHANIE CLENDENIN, et al.,

20                 Defendants.

21

22      1.  The party or counsel agrees that an early settlement conference would be productive and

23          wishes to engage in an early settlement conference.

24                 Yes _____              No _____

25

26      2.  Plaintiff (check one):

27                 _____ would like to participate in the settlement conference in person.

28                 _____ would like to participate in the settlement conference by telephone or video

                                            3

1    conference.

2    Dated:

3    _____

4    Plaintiff or Counsel for Defendants

4